United States District Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN E. HALL, | § |
| | § |
|     Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. 4:24-cv-2882 |
| | § |
| EXPERIAN INFORMATION | § |
| SOLUTIONS, INC., et al. | § |
| | § |
|     Defendants. | § |

## RECUSAL ORDER

I stand recused in this case. Deadlines in scheduling orders subsists.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE